Christina A. Stoneburner
Carlos A. Torrejon
**FOX ROTHSCHILD LLP**
Formed in the Commonwealth of Pennsylvania
*Attorneys for Defendant*
49 Market Street
Morristown, New Jersey 07960-5122
Tel. (973) 992-4800
Fax (973) 992-9125
cstoneburner@foxrothschild.com
ctorrejon@foxrothschild.com

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ANTHONY GAMBINO, | |
| Plaintiff, | |
| v. | Civil Action No. _____ |
| SIMCO LOGISTICS t / a JACK AND JILL D.S.D.; JOHN DOE I-V, JANE DOE I-V; ABC INC., fictitious defendants, | Filed Electronically |
| Defendant. | **NOTICE OF REMOVAL** |

TO:   THE HONORABLE JUDGES OF THE
      UNITED STATES DISTRICT COURT
      FOR THE DISTRICT OF NEW JERSEY

   PLEASE TAKE NOTICE that Defendant Simco Logistics t / a Jack and Jill D.S.D.; John Doe I-V, Jane Doe I-V; ABC Inc., fictitious defendant (hereinafter referred to as "Defendant"), by and through its attorneys, Fox Rothschild LLP, hereby files this Notice of Removal pursuant to 28 U.S.C. § 1446.  In support of same, the Defendant respectfully states as follows:

1. On March 1, 2019, Plaintiff Anthony Gambino ("Mr. Gambino") filed a three-count Complaint against Defendant in the Superior Court of New Jersey, Law Division, Monmouth County, under civil action docket number MON-L-000804-19. Said action is now pending in that court. A true and correct copy of the Complaint and all applicable documents from the Superior Court are attached hereto as Exhibit "A."

2. Defendant received the Complaint on March 7, 2019.

3. In Count I of the Complaint, Mr. Gambino alleges that Defendant violated the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201 et seq., by misclassifying Mr. Gambino as exempt under the FLSA and failing to pay Mr. Gambino overtime compensation for hours worked over 40 per workweek.

4. Accordingly, this Court has original jurisdiction over this matter pursuant to 28 U.S.C. § 1331, and removal to this Court is proper pursuant to 28 U.S.C. § 1441, in that a federal question exists because Mr. Gambino's Complaint is based, in pertinent part, on allegations that Defendant violated the FLSA.

5. Since this Court has original jurisdiction over a federal question, it also maintains supplemental jurisdiction over Mr. Gambino's related state law claims found in Count II and Count III of the Complaint pursuant to 28 U.S.C. § 1367(a). See also Conoshenti v. Public Serv. Elec. & Gas Co., 364 F.3d 135, 140 n. 5 (3d Cir. 2004); Eli Lily & Co. v. Roussel Corp., 23 F. Supp.2d 460, 467 (D.N.J. 1998).

6. A Notice of Removal must be filed "within 30 days after the receipt by the defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based." 28 U.S.C. § 1446(b)(1).

7. As noted above, Defendant received Mr. Gambino's Complaint on March 7, 2019. Thus, this Notice of Removal is timely filed.

8. Upon the filing of this Notice of Removal, Defendant shall give written notice thereof to Mr. Gambino's counsel, Joseph Burke, and shall file copies of said Notice of Removal and Notice of Filing of Removal with the Court Clerk, Superior Court of New Jersey, Law Division, Monmouth County.

9. By filing this Notice of Removal, Defendant does not waive any defenses which may be available to it in the future.

10. The Defendant to this action consents to this Notice of Removal.

WHEREFORE, Defendant hereby removes the above-captioned action now pending against it in the Superior Court of New Jersey, Law Division, Monmouth County, to the United States District Court for the District of New Jersey, where it shall proceed as an action originally commenced therein.

Respectfully submitted,

**FOX ROTHSCHILD LLP**

By:  s/*Christina  A. Stoneburner*_____
Christina A. Stoneburner
Carlos A. Torrejon
**FOX ROTHSCHILD LLP**
Formed in the Commonwealth of Pennsylvania
*Attorneys for Defendant*
49 Market Street
Morristown, New Jersey 07960-5122
Tel. (973) 992-4800
Fax (973) 992-9125
cstoneburner@foxrothschild.com
ctorrejon@foxrothschild.com

Dated:  April 5, 2019

## CERTIFICATE OF SERVICE

    I, Christina A. Stoneburner, certify that on this day, I caused a true and correct copy of Defendant's foregoing Notice of Removal to be served upon the below-named counsel via electronic mail and United States Mail.  I further certify that on this day, I caused a true and correct copy of Defendant's Notice of Filing of Removal, together with a copy of Defendant's Notice of Removal, to be filed electronically with the Superior Court of New Jersey, Law Division, Monmouth County, under civil action docket number MON-L-000804-19, and to be sent to the below-named counsel via electronic mail and the Court's electronic transmission facilities.

Joseph Burke, Esquire<br>
Nelson, Fromer, Crocco & Jordan<br>
2300 Route 66, Suite 102<br>
Neptune, New Jersey 07753<br>
(732) 774-6443<br>
JoeBurke@NelsonFromer.com

                                              *s/ Christina A. Stoneburner*
                                              Christina A. Stoneburner, Esquire

Dated:  April 5, 2019